## Patterson's Estate

Before Stearne, Sinkler, Klein, Bolger and Ladner, JJ.

132

134

*Romain C. Hassrick*, for exceptants.
*William A. Schnader*, contra.

BOLGER, J., April 7, 1938.—We have carefully reviewed the testimony and the record, as the result of which we conclude they amply support the findings of fact and

conclusions of law of the learned auditing judge. We are satisfied the testator's bounty is being administered in accordance with his express directions. The adjudication cites full authority in law to sustain the decision.

The exceptions are accordingly dismissed, and the adjudication is confirmed absolutely.